STATE of Missouri, Respondent,

v.

**Terry Wayne BISHOP, Appellant.**

**No. WD 61224.**

Missouri Court of Appeals,
Western District.

July 8, 2003.

Emmett D. Queener, Columbia, MO, for appellant.

Breck K. Burgess, Jefferson City, MO, for respondent.

Before ELLIS, C.J.,
BRECKENRIDGE and EDWIN H. SMITH, JJ.

### *ORDER*

PER CURIAM.

Terry Bishop appeals the judgment convicting him of four counts of statutory rape, section 566.034, RSMo 2000; one count of first degree statutory sodomy, section 566.062, RSMo 2000; one count of

second degree statutory sodomy, section 566.064, RSMo 2000; and one count of child molestation, section 566.067, RSMo 2000. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The trial court's judgment is affirmed. **Rule 30.25(b).**